**Samuel Neirman, appellee, v. Dreamland Rink Company, appellant. Gen. No. 25,083.**

Action to recover for loss of property bailed for hire. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Hurley & Baer, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Maggie Selenis, appellee, v. William Nauseda, appellant. Gen. No. 25,149.**

Action to recover for personal injury to automobile passenger. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Dillard B. Baker, for appellant. Edward W. Rawlins, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Nellie E. Gleason, appellee, v. Adolph Copeland, appellant. Gen. No. 25,437.**

Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed on striking stenographic report. Opinion filed March 9, 1920.

Harry Brown, for appellant. Charles Leviton, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Paul J. Sengstock and Walter F. Faraday, administrators of the estate of Wilhelmina Sengstock, deceased, plaintiffs in error, v. Chicago Railways Company et al., defendants in error. Gen. No. 24,945.**

Action to recover for death of street car passenger from injuries received in alighting from car. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded as to Chicago Rys. Co. and affirmed as to other defendants in error. Opinion filed March 9, 1920.

Henry Knaus, for plaintiffs in error. Frank L. Kriete and William H. Symmes, for defendants in error; J. R. Guilliams and Franklin B. Hussey, of counsel.

Mr. Justice Barnes delivered the opinion of the court.